UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Walter Dyson, Jr., #84403-158, | ) | C/A No. 1:12-496-GRA-SVH |
| Petitioner, | ) ) ) | |
| vs. | ) ) | Order |
| United States Parole Commission; K. Atkinson, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Petitioner is a prisoner at the Federal Correctional Institution in Edgefield, South Carolina who, proceeding *pro se,* filed a petition for habeas relief pursuant to 28 U.S.C. § 2241. By order dated March 6, 2012, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Specifically, he was instructed to complete, sign and return a court-approved 2241 petition form. Petitioner was warned that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

G. Ross Anderson, Jr.
Senior United States District Judge

April 6, 2012
Anderson, South Carolina