# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Walter Dyson, Jr., *Petitioner* <br> v. <br> United States Parole Commission; K. Atkinson, Warden, *Respondents,* | ) ) ) ) )    Civil Action No.    1:12-cv-00496-GRA-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: the petitioner, William Walter Dyson, Jr., shall take nothing of the respondents, United States Parole Commission and K. Atkinson, as to the petition filed pursuant to 28 U.S.C. §2241 and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Senior United States District Judge, presiding, dismissing the action without prejudice pursuant to FRCP 41.

Date: April 6, 2012

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*